# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CONER S. REED, | ) |
|    Plaintiff, | ) ) |
| v. | ) ) No. 2:22-cv-02265-SHL-cgc |
| TRUGREEN LIMITED PARTNERSHIP, | ) ) |
|    Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed April 28, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, (ECF No. 25), filed August 12, 2022, all claims by Plaintiff against Defendant are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The class claims alleged but never adjudicated are dismissed without prejudice.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

August 12, 2022
Date